# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Wilde Jr, Herbert Ted | § | Case No. 04 B 42734 |
|---|---|---|---|
| | Wilde, Terry Ann | § | |
| | Debtors | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/17/2004.

2) The plan was confirmed on 02/03/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/13/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/10/2009, 02/01/2007 and 09/04/2008.

5) The case was converted on 01/06/2010.

6) Number of months from filing or conversion to last payment: 49.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $15,050.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $41,050.00 |
| Less amount refunded to debtor | $7.12 |
| **NET RECEIPTS:** | **$41,042.88** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $2,253.67 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,753.67** |
| Attorney fees paid and disclosed by debtor | NA |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Fifth Third Bank | Secured | $12,690.00 | $7,750.00 | $7,750.00 | $7,750.00 | $268.24 |
| American Express Centurion | Unsecured | $8,129.00 | $8,519.08 | $8,519.08 | $2,954.34 | $0 |
| American General Finance | Unsecured | $4,687.00 | $4,561.88 | $4,561.88 | $0 | $0 |
| Capital One | Unsecured | $3,760.00 | NA | NA | $0 | $0 |
| City Of Princeton | Unsecured | $68.00 | $62.83 | $62.83 | $15.15 | $0 |
| Commonwealth Edison | Unsecured | $77.00 | NA | NA | $0 | $0 |
| Credithrift Of America | Unsecured | $4,268.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | NA | $655.16 | $655.16 | $227.25 | $0 |
| ECast Settlement Corp | Unsecured | NA | $1,259.41 | $1,259.41 | $436.79 | $0 |
| ECast Settlement Corp | Unsecured | $9,865.00 | $10,402.46 | $10,402.46 | $3,607.49 | $0 |
| ECast Settlement Corp | Unsecured | $11,919.00 | $12,505.78 | $12,505.78 | $4,336.89 | $0 |
| Evanston Northwestern Healthcare | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Fed Adjustment Burear | Unsecured | $363.00 | NA | NA | $0 | $0 |
| Fertility Centers Of Illinois | Unsecured | $131.00 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $78.00 | $5,152.30 | $5,152.30 | $1,786.79 | $0 |
| Goodyear | Unsecured | $871.00 | NA | NA | $0 | $0 |
| Household | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Insight Communications | Unsecured | $160.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $929.00 | $900.83 | $900.83 | $312.41 | $0 |
| Kohl's/Kohl's Dept Stores | Unsecured | $548.00 | $577.03 | $577.03 | $200.13 | $0 |
| Nicor Gas | Unsecured | $467.00 | $467.90 | $467.90 | $162.27 | $0 |
| North American Capital Corp | Unsecured | $1,341.00 | NA | NA | $0 | $0 |
| North Shore Pathology Consultant | Unsecured | $128.20 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $722.00 | $722.28 | $722.28 | $250.49 | $0 |
| Princeton Family Physicians | Unsecured | $129.00 | NA | NA | $0 | $0 |
| Providian National Bank | Unsecured | $2,823.00 | $2,246.85 | $2,246.85 | $779.34 | $0 |
| Resurgent Capital Services | Unsecured | $3,807.00 | $4,048.77 | $4,048.77 | $1,404.42 | $0 |
| Resurgent Capital Services | Unsecured | $22,122.00 | $23,263.46 | $23,263.46 | $8,067.62 | $0 |
| Resurgent Capital Services | Unsecured | NA | $2,930.31 | $2,930.31 | $1,016.45 | $0 |
| State Collection Srv | Unsecured | $101.00 | NA | NA | $0 | $0 |
| US Bank | Unsecured | $8,261.00 | $8,959.19 | $8,959.19 | $3,106.99 | $0 |
| Verizon Wireless | Unsecured | $1,747.00 | $1,747.77 | $1,747.77 | $606.15 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $7,750.00 | $7,750.00 | $268.24 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $7,750.00 | $7,750.00 | $268.24 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $88,983.29 | $29,270.97 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,753.67 |
| Disbursements to Creditors | $37,289.21 |
| **TOTAL DISBURSEMENTS:** | $41,042.88 |

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: April 20, 2010          By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.